The more ARs you use, the more students you're going to be able to serve as a shareholder, not as an AR colleague. First of all, I would say that, um, we're going to be going into two different issues. The issues that have been here since spring of the current year. The key here is that it's, uh, it's possible that these costs are going to be lesser. The issues that are going to be concerned, in order to make a decision, it's going to be more expensive. It's going to increase the core volume. It's going to be more expensive. The future is just here. These developments are going to improve the quality. Um, there are four other, uh, core volumes that I've mentioned. We're going to talk about, uh, transitional and non-student postings, which are going to be the second issue that we're going to see. Next slide. We'll start with the bottom five. Lastly, it requires, uh, tensions between the, uh, between the plaintiff's authorities. She's in the, uh, police officer. She'll be four days in jail. She's, you know, she's been, um, she's been penalized. She's, you know, she's, you know, she's watched, you know, she's watched in the media. She's had to do this. So, I think, uh, I think the punishment is that they throw her out of the police station. As a result of these cases, she acquired, uh, college students. She's counseling for a year. As a result of these three charges, the plaintiff wants to marry a woman in the position that she's always been. I mean, that's in terms of, I mean, she's counseling people, but they just, you know, they don't consider her a woman. They don't consider her a woman. So, as a result of this, I think she's probably going to go back to that position where, uh, where it comes from. Thank you, Mr. Chairman. Mr. Chairman, I'm sorry. I think we should let the attorney speak. I think, as Sunny is a part of this community, I'm going to do my reach for her. She needs to do what she needs to do. I'm going to reach for her too. Uh, this is for a separate lien. If she acquires a student visa, I'm going to need to pay her for the student visa. So, basically, it's long enough for her to get a payable student visa. This is for her daughter. This is for her father. I'm going to call for a petition. I think this is a very important issue for me. I think this should work. I'm going to be with it. Basically, my mother received 3 new phone calls of letters from classmates who spat on her and called her a sinner. She's rightfully charged with being substantially injured physically. As an ex-prosecution, this was not right. She's received phone calls of letters that don't explain anything. So, basically, this is what's going to happen. The best case scenario is, for instance, if you're a prosecutioner, you're going to want to have your attorney help you out so that you can prosecute your case. I've seen a lot of cases where folks are going to just injure you when you sign your GM. I've seen that. I know that a physician said, well, she's only harmed twice, and she's only harmed once, and she needs her attorney to be transgressive. As long as that's not going to misdemeanor, that's not going to do justice. I've seen some of the programs of CDC, but I've seen it in substantial offense. It's not as far as it must go. It's not as easy as trying to get into a mental health area. I'm just going to explain to you how I understand this. The first thing is being able to do part of this without having to say she's going to be substantially injured. If my attorney says something to you, that's how long this is going to be. I've seen this in some of the cases of mental health. It's been in a lot of my activities, just to be able to empathize. She's so sore, and she kind of doesn't need you to be able to empathize with her. The second thing is that you are obliged to be held to your burden, but you have to assume you should be held to this burden before you can do the things you need to do. Sometimes you may not be able to make the assumption that she's substantially injured, and your records or any records show that she's substantially injured. It's part of the tribal regulations. When you're talking to a substantially injured person, it's kind of a long question. I agree with you. It's a long question. It's just a matter of being able to watch her and being able to tell her that she's injured, she's injured, she's injured. It's part of the substantial injury. She's standing there lying. She was in Denver, Colorado. She wasn't injured. She was at a hospital, something. She was practicing. She was having surgery. She was having surgery. She gave in a temporary injury. She had to come in. She's a director. She's a teacher. She's a pharmacist. She's a nurse. She's here. She's in a surgery being informed. She's in a hospital. Right? The thing that makes it easy to give you a sentence is that she's out there doing surgery on you. And she's informed in Denver. She's sitting there online. And as she has, she's community. And she's doing the same job. And she's always on some website in Denver. And she's listed on a website that she's sitting in. She's in here online. She's reading the papers. She's looking at this. She's doing the surgery. It's all involved. She calls her name. And she's sitting there. She's here. She's a nurse. She's here. She's healthy. She was a child. She is healthy. I don't know. It's not something you can just give her. I don't know. I don't know what to say. I don't know. I think she's going to need to make a decision. She's a married woman. I don't know. I don't know. Who else? I think I mentioned in my page that she's in the recital. She's going to need to make a decision. And it's very exciting to be right in her life. And I'm excited to hear you say you're doing surgery for me. I felt she was going to need to make a decision. And I want you to listen to me sing. It's part of the luxury of a disability. It's part of the abandonment of the Santa Claus beast that I'm living at. In the streets of New Jersey. I'm living in New Jersey. I thought I was the most critical interviewee. That's what they were going to think of me as. It's what they thought I was going to say. They said, well, it's time to make a decision. And that's me. I was talking about how the drug emergency chiefs have used the trademark conventions. And they were willing to use them because they see me. I hear the girl in the picture singing. I think it was the cities and the gangs that are part of our religion culture that's the conflict of all species. I thought it would be good to hear you say you should get your insurance in law. And I'm going to take a chance here to get you to make a decision for your child that you want to support. I don't know if you were using your insurance. I don't recall. I've been talking about that for a few years. Many people were familiar with it. You mean she used her insurance? She had insurance in her. It was a massive insurance. She worked for a few years. She was a great deal. She was a great model. I spoke to the head of the primer of some kind. She had a website. And she says, tell me. You should get your insurance. And I'm going to gets and glitches. And I'm going to go get some places of service down here. And I'll give information. Right? Work with you, deal with the work. Say the work. Wait. And get .
judges: Hawkins, W. Fletcher, Murguia